1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY KING ELLERD, II,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No.  1:14-cv-00908-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>ECF NO. 2 |

Plaintiff Johnny King Ellerd, II ("Plaintiff") filed a complaint on June 10, 2014, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Based upon the Court's review of the docket, Plaintiff's counsel appears to have erroneously paid $46.00 for a miscellaneous case filing fee when filing this action.  The Court will refund this amount to Plaintiff.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons;

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff; and

/ / /

1        4.    The Clerk of the Court is DIRECTED to refund the $46.00 paid by Plaintiff as a

2              miscellaneous case filing fee.

3

IT IS SO ORDERED.

4

5    Dated:   **June 19, 2014**

                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28