# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY KING ELLERD, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:14-cv-00908-SAB<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>RESPONSE DUE NOVEMBER 5, 2014 |

　　　　On June 10, 2014, Plaintiff Johnny King Ellerd, II ("Plaintiff") filed the complaint in this action.  (ECF No. 1.)  On June 20, 2014, the Court issued the scheduling order in this action.  (ECF No. 6.)  The scheduling order ordered Plaintiff to serve the summons and complaint in this action within twenty days of filing the complaint and to file a return of service with the Court.  To date, no return of service has been filed with the Court and there is no indication that Plaintiff has filed the summons or complaint.  No activity has occurred on the Court's docket for this action since the scheduling order was issued on June 20, 2014.

　　　　Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action.  Plaintiff shall file a written response to this order to

/ / /

/ / /

1

show cause no later than **November 5, 2014**. Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **October 21, 2014**

_____
UNITED STATES MAGISTRATE JUDGE