# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY KING ELLERD, II,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:14-cv-00908-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On October 21, 2014, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to prosecute. (ECF No. 7.)  Plaintiff filed a response on November 5, 2014. (ECF No. 8.)

Based upon Plaintiff's representations, the Court will discharge the order to show cause. The briefing schedule in this action shall be determined as set forth in the Scheduling Order issued on June 20, 2014.

Accordingly, it is HEREBY ORDERED that the Court's October 21, 2014 order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:  **November 6, 2014**

UNITED STATES MAGISTRATE JUDGE

1