UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHNNY KING ELLERD II,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00908-SAB<br><br>ORDER ON STIPULATION TO EXTEND TIME<br><br>(ECF No. 14) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　1.　　The due date for Defendant's response to Plaintiff's confidential letter brief shall be extended to May 19, 2015;

　　2.　　Plaintiff's opening brief shall be filed on or before June 22, 2015;

　　3.　　Defendant's opposition shall be filed on or before July 22, 2015; and

　　4.　　Plaintiff's reply, if any, shall be filed on or before August 7, 2015.

IT IS SO ORDERED.

Dated:　**April 21, 2015**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE