BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOHNNY KING ELLERD II,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-00908-SAB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Opening Brief be extended to July 27, 2015.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant requests additional time due to workload.

//

//

Case 1:14-cv-00908-SAB   Document 20   Filed 07/17/15   Page 2 of 2

Plaintiff's counsel does not oppose the additional time, and agrees that all subsequent deadlines in the scheduling order should be extended accordingly.

Respectfully submitted,

Dated: July 13, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: July 13, 2015

Newel Law Offices

By: /s/ Melissa Newel*
MELISSA NEWEL
Attorney for Plaintiff Johnny King Ellerd, II
*(*By email authorization on 7/13/15)*

IT IS SO ORDERED.

Dated: **July 16, 2015**

UNITED STATES MAGISTRATE JUDGE